# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PICART, CDCR #AR-9988,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>POLLARD, Warden; LT. LUNA; SGT. KEENE; and OFFICER ALVARADO,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-1849 JLS (RBM)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO FILE AMENDED COMPLAINT IN COMPLIANCE WITH COURT ORDER**<br><br>(ECF No. 9) |

On February 9, 2022, this Court dismissed Plaintiff's action for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) and granted Plaintiff forty-five days in which to file an amended complaint curing the pleading deficiencies identified by the Court. *See* ECF No. 9 (the "Order") at 20. The Order clearly stated: "If Plaintiff fails to file an Amended Complaint within the time provided, the Court will enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) and his failure to prosecute in compliance with a court

order requiring amendment." *Id.* at 21 (citation omitted).  Despite more than forty-five days having passed, Plaintiff has not filed an amended complaint in accordance with the Order.  *See generally* Docket.

      Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: June 14, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge